# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 256 |
| | : | |
| ORDER AMENDING RULE 125 OF THE | : | APPELLATE PROCEDURAL RULES |
| PENNSYLVANIA RULES OF | : | |
| APPELLATE PROCEDURE | : | DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of November, 2015, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication in the interest of efficient administration:

**IT IS ORDERED**, pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Appellate Procedure 125 is amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.